# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 19, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

158806(40)

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

BRANDON K. GOHAGEN,
          Defendant-Appellant.

_____/

SC: 158806
COA: 339488
Oakland CC: 2016-260782-FC

On order of the Chief Justice, the motion of defendant-appellant to file a supplement to his application for leave to appeal is GRANTED. The supplement submitted on December 14, 2018, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 19, 2018



Clerk